Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT

for the

District of Columbia

Civil Division

<table>
<tr><td>
Walter Hayman<br>
11710 Plaza America Drive<br>
Suite 200<br>
Reston, VA 20190<br>
<hr>
<i>Plaintiff(s)</i><br>
<i>(Write the full name of each plaintiff who is filing this complaint.<br>
If the names of all the plaintiffs cannot fit in the space above,<br>
please write "see attached" in the space and attach an additional<br>
page with the full list of names.)</i><br>
-v-<br><br>
BLDGMetro Capital LLC/Yotel<br>
415 New Jersey Ave NW<br>
Washington DC 20001<br>
<hr>
<i>Defendant(s)</i><br>
<i>(Write the full name of each defendant who is being sued. If the<br>
names of all the defendants cannot fit in the space above, please<br>
write "see attached" in the space and attach an additional page<br>
with the full list of names.)</i>
</td>
<td>
)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)
</td>
<td>
Case: 1:22-cv-02092   JURY DEMAND<br>
Assigned To : Kelly, Timothy J.<br>
Assign. Date : 7/15/2022<br>
Description: Employment Discrim. (H-DECK)<br><br>
Jury Trial: <i>(check one)</i>   ☒ Yes  ☐ No
</td>
</tr>
</table>

## COMPLAINT FOR A CIVIL CASE

### I.    The Parties to This Complaint

#### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | Walter Hayman |
| Street Address | 11710  Plaza America Drive |
| City and County | Reston |
| State and Zip Code | Virginia  20190 |
| Telephone Number | 703-626-7463 |
| E-mail Address | theHospitalogist@outlook.com |

RECEIVED

JUL 15 2022

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title *(if known)*.  Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | BLDG Metro Capital LLC |
| Job or Title *(if known)* | owners Yotel Washngton DC |
| Street Address | 415 New Jersey Ave NW |
| City and County | Washington |
| State and Zip Code | District of Columbia  20001 |
| Telephone Number | 202-638-1616 |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | Emily Smith |
| Job or Title *(if known)* | Director of Rooms(formally) |
| Street Address | 415 New Jersey Ave NW |
| City and County | Washington |
| State and Zip Code | District of Columbia 20001 |
| Telephone Number | 202-638-1616 |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | Guirlyne Perpignand |
| Job or Title *(if known)* | Front Office Director(formally DC)(new location Yotel Miami) |
| Street Address | 415 New Jersey Ave NW |
| City and County | Washington |
| State and Zip Code | District of Columbia 20001 |
| Telephone Number | 202-638-1616 (new# 786-785-5700) |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | Kathy Tiong |
| Job or Title *(if known)* | Overnight Manager(formally)(now Ritz Carlton DC |
| Street Address | 1150 22nd Street NW |
| City and County | Washington |
| State and Zip Code | District of Columbia 20037 |
| Telephone Number | 202-835-0500 |
| E-mail Address *(if known)* | |

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction?  *(check all that apply)*

☒  Federal question          ☐  Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

_____

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

a.    If the plaintiff is an individual

The plaintiff, *(name)*   Walter Hayman                              , is a citizen of the State of *(name)*   Virginia                              .

b.    If the plaintiff is a corporation

The plaintiff, *(name)*                              , is incorporated under the laws of the State of *(name)*                              , and has its principal place of business in the State of *(name)*

_____ .

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

a.    If the defendant is an individual

The defendant, *(name)*                              , is a citizen of the State of *(name)*                              . Or is a citizen of

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

*(foreign nation)* _____ .

b.      If the defendant is a corporation

The defendant, *(name)*     BLDG Metro Capital LLC _____ , is incorporated under

the laws of the State of *(name)*     Washington DC _____ , and has its

principal place of business in the State of *(name)*   Washington DC _____ .

Or is incorporated under the laws of *(foreign nation)* _____ ,

and has its principal place of business in *(name)*   New York City _____ .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.      The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

Numerous violations of Employment Laws

## III.    Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

a.Negligence in Hiring,
 b.Firing,c.Retention, d.Training and e.Supervision
f.Employment Interference, g.Hostile Work Environment (intimidation)
h.Wrongful Termination, i.Aiding and Abetting, j.Corruption and Civil Conspiracy

## IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Wherefore, the Plaintiff respecfully requests this Court to enter a judgement in his favor and grant relief against the Defendants as follows:

(1)  Order the defendants to pay actual money damages to the Plaintiff in an amount tobe determined at trail;

(2)  Order the Defendants to pay punitive damages to Plaintiff in an amount to be determined at trial;

(3) Declare that the Defendants violated the law

(4) Award the Plaintiff  reasonable costs for investigation of this action; and

(5) Grant any such additional relief as the Court deems just and proper.

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:          07/07/2022

Signature of Plaintiff

Printed Name of Plaintiff        Walter Hayman

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

**B.    For Attorneys**

Date of signing: _____

Signature of Attorney          _____

Printed Name of Attorney       _____

Bar Number                     _____

Name of Law Firm               _____

Street Address                 _____

State and Zip Code             _____

Telephone Number               _____

E-mail Address                 _____

a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

a.Negligence  Hiring,  The same reasons why you would find a pedofile unfit to work at a day care or a

Person convicted for arm robbery working at your community bank. You would and should never hire

An individual with a public past of committing fraud multiple times and abusing her position to manipulate and alter documents to lie steal and cheat. Who at one time stole her own mothers Id and forged her signature to acquire loans.(got caught). Who had zero problem telling falsehoods to a Judge and (got caught) charged with perjury

And committing fraud on multiple times. Who at the time the group hired her was still on court ordered probation

with the mental health professionals. She has personality disorders, ASPD

Which also means that there is never a day when she will not lie about something.Its a default behavior

That comes standard with her mental disorders.

https://patch.com/maryland/northpotomac/north-potomac-resident-sent-to-jail-for-defrauding-county

https://www.nbcwashington.com/news/local/pet-owner-guilty-of-66-counts-of-animal-cruelty/62313/

http://www.mortgagefraudblog.com/maryland_announces_results_of_operation_stolen_dreams/

https://archive.org/stream/gov.uscourts.dcd.118301/gov.uscourts.dcd.118301.37.1_djvu.txt

https://wtop.com/montgomery-county/2016/07/woman-who-kept-66-dogs-in-filthy-conditions-sentenced/

 b.Firing,c.Retention, d.Training and e.Supervision
f.Employment Interference, g.Hostile Work Environment (intimidation)
h.Wrongful Termination, i.Aiding and Abetting, j.Corruption and  k.Civil Conspiracy